IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAFIZ AHMED,<br>          *Petitioner,*<br><br>v.<br><br>J.L. JAMISON et al.,<br>          *Respondents.* | :<br>:<br>:<br>:  CIVIL NO. 26-1545<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **11th** day of **March 2026**, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1) and pursuant to 28 U.S.C. § 2243, it is hereby **ORDERED** that the Warden of the Federal Detention Center Philadelphia shall, by **March 16, 2026, SHOW CAUSE** as to why the Writ of Habeas Corpus should not be granted. It is further **ORDERED** that, in order to ensure prompt compliance with this Order, Petitioner's Counsel shall email the relevant filings in this Action to the following email addresses: desiree.wilkins@usdoj.gov; anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov; and gregory.david@usdoj.gov.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge