## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAFIZ AHMED, | : | |
|   *Petitioner,* | : | |
| | : | |
|  v. | : | **CIVIL NO. 26-1545** |
| | : | |
| J.L. JAMISON et al., | : | |
|   *Respondents.* | : | |

### ORDER

**AND NOW,** this **18th** day of **March 2026,** upon consideration of Hafiz Ahmed's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED.**

It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Ahmed from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on March 18, 2026.

2. The Government is enjoined from detaining Mr. Ahmed under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED.**

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**